IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOCCARA FIGURES, on behalf of her unborn child Junian Johnson Jr.,<br><br>Plaintiff,<br><br>vs.<br><br>COREY J. DONAHUE, #2459; SAMANTHA CASEY, #2417; and JORDAN P. JEFFERY, #2461,<br><br>Defendants. | 8:22CV2<br><br>MEMORANDUM AND ORDER |

This matter is before the court on its own motion. On January 11, 2022, the clerk of the court sent an order to Plaintiff at her last known address and it was returned to this court as undeliverable. (See Filing No 7.) Plaintiff has an obligation to keep the court informed of her current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1. Plaintiff must update her address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2. The clerk of the court is directed to set a pro se case management deadline in this case using the following text: February 22, 2022: check for address.

Dated this 21st day of January 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge