IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TOCCARA FIGURES, on behalf of her unborn child Junian Johnson Jr., <br><br> Plaintiff, <br><br> vs. <br><br> COREY J. DONAHUE, #2459; SAMANTHA CASEY, #2417; and JORDAN P. JEFFERY, #2461, <br><br> Defendants. | 8:22CV2 <br><br> **MEMORANDUM AND ORDER** |

On January 11, 2022, the court ordered Plaintiff to file an amended complaint within 30 days or face dismissal of this action. (See Filing 6) On January 21, 2022, the court ordered Plaintiff to update her address within 30 days or face dismissal of this action. (See Filing 8) To date, Plaintiff has not filed an amended complaint, updated her address, or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 23rd day of February 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge